# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA W. SUPRISE,<br><br>Defendant. | PO-24-5206-GF-JTJ<br><br>**VIOLATION:**<br>E2029304<br>Location Code: M23F<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E2029304 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the defendant is accepted as a full adjudication of violation E2029304.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 5, 2024, is **VACATED.**

DATED this 5th day of December, 2024.

_____
John Johnston
United States Magistrate Judge